**Joseph Wayne HAND, Respondent/Employee,**

v.

**EASTERN ELECTRIC APPARATUS, Appellant/Employer,**

and

**Risk Enterprise Management, Appellant/Insurer.**

**No. ED 79230.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 9, 2001.

Stephen A. McManus, & Reid S. Highlander, St. Louis, MO, for Appellant.

Daniel L. Mohs & James M. Hoffmann, St. Louis, MO, for Respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, Jr., J.

## ORDER

PER CURIAM.

Employer, Eastern Electric Apparatus, and its insurer, Risk Enterprise Management, appeal from a decision by the Labor and Industrial Relations. Commission (Commission) awarding employee, Joseph Hand, workers' compensation benefits. The Commission's decision is supported by competent and substantial evidence on the whole record; no error of law appears. An opinion would have no precedential value. The Commission's decision is affirmed. Rule 84.16(b).